■ In the Matter of SYLVIA J. (ANONYMOUS), Appellant.—In a proceeding pursuant to article 7 of the Family Court Act, the appeal is from an order of the Family Court, Kings County, dated October 18, 1974, which, upon a prior determination that appellant was a person in need of supervision, committed her to a New York State Training School (Division for Youth, Title III) for 18 months. Order affirmed, without costs. We have examined the probation folder in this case and find that the Family Court Judge did not improvidently exercise his discretion in denying appellant's counsel access to the probation report and permission to cross-examine the probation officer (People v Perry; People v Ortiz, 36 NY2d 114). Hopkins, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.

■ MOUNT KISCO JOINT VENTURE, Respondent, v TOWN OF BEDFORD et al., Appellants.—The respective attorneys for the parties to this proceeding to review an assessment of property for taxation for 1972 have, on this appeal from a final order of the Supreme Court, Westchester County, entered December 17, 1974, entered into a written stipulation dated March 12, 1975, at a conference held in this court on that day, agreeing to a modification of said final order and to changes in the assessments for 1974 and 1975, and appellants' attorney has submitted to this court a letter dated March 21, 1975, stating that the Town Board of the Town of Bedford has ratified said stipulation. In accordance with the foregoing, (1) said final order is modified by increasing the net assessment for 1972 to $1,331,000 and (2) the assessments for each of the years 1974 and 1975 shall be $3,250,000. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.